IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

REGINALD KENNEDY,                              *

                          Plaintiff,           *

v.                                             Case No.  5:23-CV-125 MTT-CHW
                                               *
Lieutenant THOMPSON, et al.,
                                               *
                          Defendants.
                                               *
_____
                                               *

## J U D G M E N T

Pursuant to this Court's Order dated 12/9/2024, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 10th day of December, 2024.

David W. Bunt, Clerk


s/ Raven K. Alston, Deputy Clerk